```
USDC SDNY
D
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL JOSE PALACIOS VENTURA,

                        Petitioner,

v.

PAMELA BONDI, in her official capacity as Attorney General; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY ET AL,

                        Respondents.

26 Civ. 568 (NSR)

**ORDER**

NELSON S. ROMAN, District Judge:

    The Court is in receipt of Petitioner's application for a writ of habeas corpus under 22 U.S.C. § 2241. *See* ECF No. 1. Petitioner's transfer or removal to any location outside of the Southern District of New York is ADMINISTRATIVELY STAYED pending further order of the Court.

    The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

SO ORDERED.

Dated: January 29, 2026
        White Plains, New York

                                                        NELSON S. ROMAN
                                                 U.S. District Court Judge, S.D.N.Y.