USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2026

Jessica Ventura, Esq. (NY SBN # 5842851)
Rivera Julka Law Group, PC.
17 W. Main Street,
Bay Shore, NY 11706
Telephone: (631) 647-9040
Email: jessica@riverajulka.com
*Counsel for Petitioner*

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

Palacios Ventura, Michael Jose
Alien #201-591-939,

Petitioner,

v.

PAMELA BONDI, in her official capacity as Attorney General,

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,

U.S. DEPARTMENT OF HOMELAND SECURITY,

KENNETH GENALO, in his official capacity as Acting Field Office Director of the New York Field Office for U.S. Immigration and Customs Enforcement,

PAUL ARTETA, in his official capacity as Director of the Orange County Correctional Facility,

TODD LYONS, in his official capacity as Acting ICE Field Office Director,

Respondents.

Case No. 7:26-cv-00568

**ORDER TO SHOW CAUSE**

**IMMIGRATION**

**HABEAS CASE**

# ORDER TO SHOW CAUSE

The Court, having reviewed the Petition for Writ of Habeas Corpus and all exhibits in support thereof, HEREBY ORDERS:

1. Respondent is given until February 9, 2026 to file an opposition to Petitioner's writ;
2. Petitioner is given until February 20, 2026 to file a reply to Respondents' response;
3. Parties are to appear before this Court on February 27, 2026 at 2:15 p.m. to show cause why the relief sought should not be granted.

IT IS SO ORDERED.

Dated: January 29, 2026
White Plains, New York

NELSON S. ROMAN
U.S. District Court Judge, S.D.N.Y.